JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA C. JARAMILLO, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>T. STEAFFENS, an Individual, and DOES 1-20,<br><br>Defendants. | Case No.: 8:16-cv-01670-JVS (DFMx)<br><br>[PROPOSED] ORDER |

This matter came before the Court on a Stipulation for Dismissal Without Prejudice filed by Plaintiff Amanda C. Jaramillo and Defendant T. Steaffens. That Stipulation is hereby GRANTED AS REQUESTED, and this matter is dismissed with prejudice.

Dated: October 4, 2018

_____
United States District Court Judge

[PROPOSED] ORDER FOR ENTRY OF DISMISSAL WITH PREJUDICE